**DISMISS; Opinion Filed March 7, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00674-CV

### SOHEILA AREFKIA, Appellant
### V.
### COMPASS BANK D/B/A BBVA COMPASS, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC10-10916**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

Before the Court is appellee's motion to dismiss the appeal. Specifically, appellee contends the appeal should be dismissed because appellant has failed to file a sufficient brief.

We hold pro se litigants to the same standards as licensed attorneys and require them to comply with applicable laws and rules of procedure. *See In the Interest of N.E.B. and R.T.B.*, 251 S.W.3d 211-12 (Tex. Dallas—2008, no pet.). To do otherwise would give pro se litigants an unfair advantage over a litigant who is represented by counsel. *Id*. At 212.

Appellant filed her brief on November 8, 2012. Because her brief did not comply with the appellate briefing rules, the Court sent appellant a defective brief notice and instructed her to file an amended brief complying with the rules within ten days and cautioned her that failure to

do so may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.1 & 38.8(a)(1). Appellant tendered her amended brief on December 13, 2012. Appellant's amended brief was not compliant and the Court again sent appellant a defective brief notice. Appellant filed her second amended brief on January 11, 2013. Appellant's brief fails to include, among other things, a concise statement of facts supported by record references or a clear and concise argument to support the contentions made with appropriate citations to authorities and the record. TEX. R. APP. P.38.1(g) & (i).

The Court has given appellant two opportunities to file a compliant brief. Appellant has failed to do so. Accordingly, we grant appellee's motion and dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1) & 42.3(c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

120674F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SOHEILA AREFKIA, Appellant

No. 05-12-00674-CV          V.

COMPASS BANK D/B/A BBVA
COMPASS, Appellee

On Appeal from the 160th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC10-10916.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee, COMPASS BANK D/B/A BBVA COMPASS, recover its costs of this appeal from appellant, SOHEILA AREFKIA.

Judgment entered March 7, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE